**No. 69829.**—Engis Equipment Company *v.* United States, protests 64/3330–13771, etc. (Chicago).

Opinion by LANDIS, J. In accordance with stipulation of counsel that the merchandise consists of diamond files, over 2½ inches but not over 4½ inches in length, similar in all material respects to those the subject of *J. E. Bernard & Co., Inc., et al.* v. *United States* (52 Cust. Ct. 56, C.D. 2436), the claim of the plaintiff was sustained.